## Longenecker's Estate (No. 2).

Argued May 19, 1909. Appeal, No. 151, Jan. T., 1909, by Maria Minnich, from decree of O. C. Lancaster Co., April Term, 1903, No. 67, sustaining exceptions to account of Maria Minnich, Trustee under the will of Elizabeth Longenecker, deceased. Before MITCHELL, C. J., FELL, BROWN, ELKIN and STEWART, JJ. Reversed.

*Coyle & Keller*, for appellant.

*M. G. Schœffer*, with him *O. S. Schœffer*, for appellee.

OPINION BY MR. JUSTICE ELKIN, October 11, 1909:

For the reasons given in the opinion filed at No. 149, January Term, 1909, ante p. 1, this appeal is sustained.

Decree reversed and record remitted with instructions to allow the credit claimed by the trustee for the board, maintenance and care of the cestui que trust. Costs to be paid out of the trust estate.